# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-11** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **THE WESTERN UNION COMPANY** | : | |

## ORDER

AND NOW, this 9th day of March, 2020, upon consideration of the government's unopposed motion (Doc. 23) to dismiss the criminal information with prejudice, it is hereby ORDERED that said motion is GRANTED. The above-captioned information is hereby dismissed.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania